AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 22 2015
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
JARED JAMILE FITZGERALD ) Case No: 4:10CR00006-001
) USM No: 14532-084
Date of Previous Judgment: 02/25/2011 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **169** months **is reduced to 148 months***.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31        Amended Offense Level: 29
Criminal History Category: I      Criminal History Category: I
Previous Guideline Range: 108 to 135 months    Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 148 months, but not less than time served. Defendant's sentence consists of: 87 months on Counts 1, 3, and 5, to run concurrently; 1 month on Count 6, to be served consecutively to all other counts; and 60 months on Count 4, to be served consecutively to all other counts. Defendant's Motion to Appoint Counsel [ECF No. 126] is DENIED.

Except as provided above, all provisions of the judgment dated 02/25/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/22/2015

Effective Date: 11/01/2015
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title